FILED

NOV 15 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 24CR1879-TWR |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| MARIBEL ALLEN, | |
| Defendant | |

Upon the motion of the Government, and good cause appearing Under Federal Rule of Criminal Procedure 48,

IT IS HEREBY ORDERED that the Information against Maribel Allen in this case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 11/15/24

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT COURT JUDGE